*William E. Lockner* for appellants.
*Otto W. Iloff* for respondents.

Order of Appellate Division in so far as it reverses decision of the Surrogate's Court reversed and decision of Surrogate's Court affirmed, with costs in this court and Appellate Division, on dissenting opinion of CLARK, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Claim of LILLIAN VANDERSLICE, Respondent, against LOUIS YOUNG et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — sufficiency of evidence to warrant finding that the proximate cause of death from cancer in the neck was an injury to the hand received nine months before.*

*Vanderslice* v. *Young*, 204 App. Div. 846, affirmed.
(Argued February 28, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. The employer was a fish merchant. The work of the employee was to open oysters. The state industrial commission found that on November 10, 1919, a blister upon the palm of the right hand was broken while the employee was opening oysters; that, as a result, blood poisoning developed in the right hand; that the employee returned to work on December 11, 1919, but that the infection was never eliminated; that in April, 1920, it began to spread from the hand up the right arm and that in May, 1920, it reached the deep cervical glands under the right clavicle, near the thoracic duct; that, as a result, a cancer developed in the said glands and spread to the tongue and tonsils; that, on July 27, 1920, the employee was operated upon for the said cancer; that he died on August 29, 1920, as the result of a hemorrhage, the hemorrhage being caused by the said cancer, and the

proximate cause of death being the injury received on November 10, 1919.

*F. A. W. Ireland* and *Robert M. McCormick* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.

---

In the Matter of the Claim of MARY C. SMITH, Respondent, against MCKESSON & ROBBINS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — jurisdiction of state industrial board to reopen case where claim has been disallowed and after new hearing award compensation.*

*Smith* v. *McKesson & Robbins, Inc.,* 204 App. Div. 850, affirmed.

(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant while attempting to obtain certain material from a machine in the factory where she was employed received injuries for which she claimed compensation. After a hearing her claim was denied upon the ground that the accident had not arisen out of or in the course of her employment. Thereafter the case was reopened and after another hearing compensation was granted. Appellants contended that a decision having been made disallowing the claim, the same could not be reopened by the industrial board, and the only review permitted was by way of an appeal to the Appellate Division in the manner provided by the statute.

*Paul Koch* and *A. G. Maul* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.